No. 32,440

THE KANSAS CITY LIFE INSURANCE COMPANY, *Appellant*, v. THEO-DORE ANTHONY, MARY ANNA ANTHONY, *Appellees*, et al.

Opinion filed December 7, 1935.

*O. P. May,* of Atchison, and *Stanley Bassett,* of Kansas City, Mo., for the appellant; *W. P. Waggener, J. M. Challiss* and *B. P. Waggener,* all of Atchison, of counsel.

*Steadman Ball* and *Philip O. Shrack,* both of Atchison, for the appellees.

No. 32,487

PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, *Appellant*, v. O. A. OLIVER and LOUISE OLIVER, *Appellees*.

Opinion filed December 7, 1935.

*Walter F. Means,* of Hiawatha, for the appellant.
*C. C. McCullough,* of Emporia, for the appellees.

No. 32,492

THE UNION CENTRAL LIFE INSURANCE COMPANY, *Appellant*, v. A. L. NYE et al., *Appellees*.

Opinion filed December 7, 1935.

*Robert S. Lemon, Lawrence M. Walker,* both of Pittsburg, and *Earl A. Grimes,* of Kansas City, Mo., for the appellant.
*George F. Beezley,* of Girard, for appellee A. L. Nye.

No. 32,493

NEW YORK LIFE INSURANCE COMPANY, *Appellant*, v. CLAYTON SMITH and MAE ESPEY et al., *Appellees*.

Opinion filed December 7, 1935.

*W. R. Glass, Innis D. Harris, Jr.,* and *W. J. Glass,* all of Wichita, for the appellant.
*Clifford E. Branch,* of Wichita, for the appellees.